WEBER BURTON, ALIAS STAFFORD MARYLAND, v. STATE.

No. 1260. Decided October 18, 1911.

**Burglary—Escape—Practice on Appeal.**

Where, pending an appeal, appellant made his escape and did not voluntarily return within ten days, the appeal must be dismissed.

Appeal from the District Court of Bexar. Tried below before the Hon. Edward Dwyer.

Appeal from a conviction of burglary; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

*Shelley Grover, Wm. Anthony* and *H. B. Leonard,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—The appellant was indicted and convicted of burglary.

Since the appeal in this case, it has been clearly shown to us that pending the appeal, the appellant made his escape from the custody of the sheriff of Bexar County and that he did not voluntarily return within ten days. Therefore, upon the motion of the assistant attorney-general, this cause is dismissed.

*Dismissed.*

Davidson, Presiding Judge, absent.